UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                  -v-                                1:21-cr-429-GHW

    WILLIAM SCOTT,                          ORDER

                            Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The proceeding currently scheduled in this matter for July 13, 2021 is rescheduled to take place on July 6, 2021 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 2, 2021
       New York, New York

                                                         GREGORY H. WOODS
                                                     United States District Judge