USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/6/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

          Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a conference in this matter at **11:00 a.m.** on **July 21, 2021**, using the Court's video conferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video.

    To the extent Defendant wishes to resubmit the motion filed at 20 Cr. 332, ECF No. 31, he shall do so by **July 13, 2021**.

    The time between July 6, 2021, and July 21, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, in order to facilitate the transfer of the case to this Court.

    SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge