```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

WILLIAM SCOTT,

        Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for July 21, 2021, is ADJOURNED to **July 27, 2021**, at **10:30 a.m.**, using the Court's video conferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video.

    By **July 23, 2021**, the Government shall re-submit its opposition to Defendant's motion to suppress on this docket.

    The time between July 21, 2021, and July 27, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of the ongoing public health crisis caused by COVID-19.

    SO ORDERED.

Dated: July 19, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge