```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/23/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

WILLIAM SCOTT,

                  Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Co-counsel, members of the press, and the public may access the audio feed of the conference scheduled for July 27, 2021, by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    SO ORDERED.

Dated: July 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge