USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/27/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

                        Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial has been scheduled in this matter to begin on **December 8, 2021**.

SO ORDERED.

Dated: August 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge