```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

                     Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a substitution of counsel hearing in this matter on **October 20, 2021**, at **3:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge