```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED:  10/21/2021              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

                          Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for November 2, 2021, is ADJOURNED to **November 4, 2021**, at **11:30 a.m.**, at which time the Court will hold a substitution of counsel hearing.  The hearing will take place in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, and masks with valves are not permitted.

Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: October 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge