USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILLIAM SCOTT,

          *Defendant.*

**Protective Order**

**21 Cr. 429 (AT)**

      Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Alexandra Rothman and Courtney Heavey, of counsel, for an order precluding the dissemination of certain materials produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972), with the consent of the defendant, and for good cause shown, it is hereby ORDERED that:

      1.    Defense counsel must destroy or return to the Government all § 3500 and *Giglio* material and any copies thereof for all non-expert Government witnesses (the "3500 Material") at the later of either the conclusion of the trial of this matter or when any appeal has become final.

      2.    The defense is prohibited from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except during Court proceedings at trial.

Dated: November 17, 2021
       New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK