UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change of plea hearing scheduled for December 1, 2021, is ADJOURNED to **December 16, 2021**, at **11:00 a.m.**

    By **December 9, 2021**, counsel must advise the Court of how many spectators will attend the proceeding. The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** unvaccinated spectators are expected to attend, or more than **three** unvaccinated individuals are expected to be seated at each counsel's table.

    The final pretrial conference scheduled for December 6, 2021 is ADJOURNED *sine die*. The trial scheduled to commence on December 8, 2021, is ADJOURNED *sine die*. The pretrial motions schedule set in this matter is ADJOURNED *sine die*. If needed, the Court will schedule a jury trial in this matter for the second quarter of 2022, following the procedures governing jury trials established in this District in light of COVID-19.

    SO ORDERED.

Dated: December 2, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge