```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

            -against-

WILLIAM SCOTT,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 16, 2021, the Court granted Defendant's request for substitution of counsel. The Court shall request a trial date in this matter for **April 4, 2022**. Accordingly,

1. Because of the centralized scheduling procedures adopted by this district in light of the COVID-19 pandemic, by **December 23, 2021**, the parties shall provide blackout dates for trial in the second quarter of 2022.

2. By **February 1, 2022**, Defense counsel shall file amended motions *in limine* or inform the Court that the Defendant is adopting the motions filed by Defendant's prior counsel, ECF No. 41.

3. By **February 1, 2022**, the parties shall confer regarding any amendments to the proposed joint jury instructions, voir dire questions, and verdict form, ECF Nos. 37–39, and file any amended versions of these documents with the Court in the manner described in the Court's order dated November 4, 2021, ECF No. 32.

4. By **February 15, 2022**, the parties shall file any opposition to any motions *in limine*. No reply briefs shall be permitted.

5. The final pretrial conference shall occur on **March 29, 2022**, at **12:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

6. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

SO ORDERED.

Dated: December 16, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge