USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2021

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 18, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. William Scott, a/k/a "Ill Will,"</u>
             21 Cr. 429 (AT)

Dear Judge Torres:

    The Government writes, in an abundance of caution, to respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and March 29, 2022, the date of the next pretrial conference in this case. The Government submits that the ends of justice served by an exclusion of the time outweigh the best interests of the public and the defendant in a speedy trial. The Government has contacted the defendant's newly appointed counsel for her position on this request but has yet to hear back from counsel.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

        By:    _____
                            Alexandra N. Rothman
                            Assistant United States Attorney
                            (212) 637-2580

GRANTED. Time is excluded under the Speedy Trial Act until **March 29, 2022**, because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial as the exclusion will allow time for parties to prepare for trial.

SO ORDERED.

Dated: December 20, 2021
       New York, New York

                                                ANALISA TORRES
                                              United States District Judge