USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

Defendant.

------------------------------------------------------------------------ x

**EX PARTE ORDER**

21 Cr. 429 (AT)

Upon the written application of defendant, WILLIAM SCOTT, through his counsel Susan G. Kellman, Esq., and upon all proceedings previously had herein, and, the Court having previously found that defendant WILLIAM SCOTT, is financially unable to pay the expense of retaining the services of counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), that Eylan Schulman, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Criminal Justice Act Mentoring Program, to assist in the representation of defendant, WILLIAM SCOTT; and, it is further,

ORDERED, that Eylan Schulman, Esq., will be compensated in accordance with the terms set forth in the Mentoring Program, at the rate of $65.00 per hour, after providing 15 *pro bono* hours of service in the case.

Dated: January 6, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge