UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letters dated January 31, 2022. ECF Nos. 55, 56. Accordingly,

1. The Court shall request a trial date in this matter for **April 7, 2022**.

2. By **February 9, 2022**, the Government shall file its opposition to Defendant's motions *in limine* filed on November 29, 2021, ECF No. 41.

3. By **February 16, 2022**, Defendant shall file any additional motions *in limine* and his opposition to the Government's motions *in limine*, ECF No. 40.

4. By **February 23, 2022**, the Government shall file its opposition to any new motions *in limine*. The parties shall also file any amendments to the proposed jury instructions, ECF No. 37, proposed voir dire questions, ECF No. 38, and proposed verdict sheet, ECF No. 39.

The Clerk of Court is directed to terminate the motion pending at ECF No. 55.

SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge