```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILLIAM SCOTT,

                          Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter will proceed on **April 11, 2022**.  Accordingly,

1. The final pretrial conference shall occur on **April 7, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

2. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

    SO ORDERED.

Dated:  March 7, 2022
        New York, New York

ANALISA TORRES
United States District Judge