UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -against-

WILLIAM SCOTT,

                   Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2022

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Government's supplemental motion *in limine* and Defendant's letter in response, filed on March 7 and 10, 2022, respectively. ECF Nos. 66 and 67. Based on Defendant's letter, it appears that the Government delivered a ballistics expert report to Defendant on March 10, 2022. ECF No. 67 at 1. The Court considers this expert disclosure timely, *see*, *e.g.*, *United States v. Freeman*, No. 18 Cr. 217, 2019 WL 2590747, at *3 (S.D.N.Y. June 25, 2019), and shall not adjourn trial on this basis. Accordingly, by **March 15, 2022**, Defendant shall file any opposition to the Government's supplemental motion, and by **March 22, 2022**, shall file any motions *in limine* related to the Government's expert disclosure. The Government's opposition to any motions *in limine* related to its expert disclosure shall be filed by **March 25, 2022**.

      SO ORDERED.

Dated: March 11, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge