```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/1/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

WILLIAM SCOTT,

           Defendant.

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's supplemental motion *in limine*, dated April 1, 2022. ECF No. 75. By **April 4, 2022**, Defendant shall file his opposition papers, if any.

    SO ORDERED.

Dated: April 1, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge