UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WILLIAM SCOTT,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/20/2022____
```

21 Cr. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's motion filed on May 12, 2022.  ECF No. 99.
Accordingly, by **June 3, 2022**, the Government shall file a response.

SO ORDERED.

Dated:  May 20, 2022
        New York, New York

ANALISA TORRES
United States District Judge