# NOTICE OF APPEAL
## Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

       v.                                                Docket # 21 Cr. 429 (AT)

WILLIAM SCOTT,

       Defendant.
-----------------------------------------------------x

    **NOTICE** is hereby given that WILLIAM SCOTT, appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on September 9, 2022.

    This appeal concerns the conviction and sentence, the defendant Scott.

| | |
|---|---|
| Appellant is represented by counsel: | SUSAN G. KELLMAN |
| Counsel's Address: | 25 8th Avenue; Suite C, Brooklyn, NY 11217 |
| Counsel's Phone: | 718.783.8200 |
| Asst. United States Attorney: | AUSA Courtney Heavey and Andrew Chan |
| AUSA'S Address: | 1 St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | 212-637-2413; 212-637-1072 |

*Susan G. Kellman*
_____
    SUSAN G. KELLMAN

Dated: Brooklyn, NY
       September 10, 2022